# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00190-CV

**In re Wimberley Springs Partners, Ltd.**

### ORIGINAL PROCEEDING FROM HAYS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Wimberley Springs Partners, Ltd., filed a petition for writ of mandamus and a motion for temporary relief pending disposition of its mandamus petition. We granted a temporary stay and requested a response from real parties in interest. Having reviewed the petition, record, and filings by relator and real parties in interest, we dissolve our temporary stay and deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(a).

_____

Melissa Goodwin, Justice

Before Chief Justice Rose, Justices Goodwin and Field

Filed: April 15, 2014